To Whom it may concern:



2:21cv2411-FMO-ADS

On December 1st, 2018 I arrived at Hollywood Presbyterian Hospital from the hours of 11pm-3am after being stabbed multiple times in my back. The knife broke inside of me, and the doctor cleaned up my wounds and prescribed Vicodin for my pain without knowing that the knife remained. He did not perform an x-ray scan or CT scan to see if I had an internal punctures. The police came and made a report of the stabbing incident and I was later released that same day.

While I was at my friend's house recovering my back developed a hemotoma, and was getting worse. My friend took me to the California Hospital a few days later. The doctor there took x-rays, came back and told me that I had a knife still stuck inside of me. The doctor performed surgery the next morning in order to remove the knife. I was admitted for a week and was later released. This doctor suggested I contact an attorney because my first visit was clearly malpractice. I believe I do have a case, a good one. I am currently in Men's County Jail and have been since August 29th 2019. I was told that I only had 1 year to file this claim due to the statue of limitations. However, I've had limited access to contacting law offices in part due

to my former status as "suicidal." For 6 months I did not have access to paper, pencils, nor phones. I've been trying to contact the detectives multiples times but no luck. This case is a hate crime and gang affiliate because I am gay and currently in protective custody on the 9,000 floor in the gay dorm. Would you be willing to contact me to discuss whether you think I have a chance at filing this case? There's more to the limited access. The Police Department that filed this report was the LAPD Northeast Division and their number is 323-561-3211.

North Hollywood Station took over this report. Their number is 818-754-8300.

My name is Christopher Bruno and my booking # is 5722763. Thank you very much. I hope to hear back from you soon.

Sincerely,
Christopher Bruno

Christopher Bruno

